1 | MALCOLM S. SEGAL - 075481
EMILY E. DORINGER - 208727
2 | **SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
3 | Sacramento, CA  95814
Telephone: (916) 441-0828
4 | Facsimile: (916) 441-0886
msegal@segalandkirby.com
5 | edoringer@segalandkirby.com

6 | Attorneys for Defendant
ALI SEDGHI VAZIRI

7

8

9 | IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO: 3:12-CR-00251-JW

12 | Plaintiff,

**STIPULATION AND [PROPOSED]**
13 | v.                                 **ORDER VACATING BOND HEARING**

14 | ALI SEDGHI VAZIRI,

15 | Defendant.

16 | _____/

17

18 | The defendant, ALI SEDGHI VAZIRI, through his counsel of record, Segal &

Kirby LLP, and plaintiff United States of America, through its counsel, Assistant
19

United States Attorney Katherine Dowling, agree and stipulate that the bond hearing
20

currently set for May 1, 2012, at 9:30 a.m. may be vacated, as the terms and
21

conditions concerning the defendant's posting of property, as ordered by the Court at
22

the defendant's initial appearance on April 17, 2012, have been satisfied and all
23

necessary documents filed with this Court on April 27, 2012.
24

The parties agree that, given the above circumstances, their appearance for a
25

further bond hearing is not necessary at this time, and accordingly, both parties
26

further agree and stipulate that the bond hearing scheduled on May 1, 2012 at 9:30
27

a.m. should be vacated.
28

**IT IS SO STIPULATED.**

Respectfully submitted,

**SEGAL & KIRBY LLP**

Dated: April 30 , 2012          By: _____/s_____

MALCOLM SEGAL
Attorneys for Defendant
ALI SEDGHI VAZIRI

MELINDA HAAG
United States Attorney

Dated: April 30 , 2012          By: _____

KATHERINE DOWLING
Assistant United States Attorney

## ORDER

PURSUANT TO THE WRITTEN STIPULATION BETWEEN THE PARTIES,
and for the reasons set forth in the written stipulation, the bond hearing currently set
for May 1, 2012, at 9:30 a.m. shall be vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____April 30_____, 2012

_____
JOSEPH SP...
United States Magistrate Judge

Judge Joseph C. Spero